MINUTE ENTRY
WILKINSON, M.J.
MAY 31, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BBC SALES GROUP, INC. d/b/a<br>BBC TRUE VALUE HARDWARE | CIVIL ACTION |
| VERSUS | NO. 07-5259 |
| TWIN CITY FIRE INSURANCE<br>COMPANY ET AL. | SECTION "H" (2) |

## HEARING AND ORDER ON MOTION

APPEARANCES: Tiffany Christian, representing plaintiff; Marjorie Salazar, representing defendant (both via telephone)

MOTION: Plaintiff's Motion to Compel Twin City Fire Insurance's Designation of 30(b)(6) Witness, Record Doc. No. 44

O R D E R E D:

 XXX : GRANTED IN PART AND DENIED IN PART, as follows. Upon "receipt of a 30(b)(6) notice of deposition, a corporation 'must make a conscientious good-faith endeavor to designate the persons having knowledge of the matters sought by [the party noticing the deposition] and to prepare those persons in order that they can answer fully, completely, unevasively [sic], the questions posed . . . as to the relevant subject matters.'" Mike Hooks Dredging Co. v. Eckstein Marine Serv., Inc., No. 08-3945, 2011 WL 2559821, at *2 (E.D. La. June 28, 2011) (quoting Brazos River Auth. v. GE Ionics, Inc., 469 F.3d 416, 433 (5th Cir. 2006)) (emphasis omitted).

MJSTAR:  0 : 10

After the instant motion was filed, defendant designated Pat Augeri to testify as its corporate representative. However, defendant has not yet provided plaintiff with the dates when Ms. Augeri is available. Defendant explains in a supplemental memorandum that Ms. Augeri's mother died recently and that she will be out of the office until June 4, 2012.

Accordingly, the motion is granted and **IT IS ORDERED** that the subject Rule 30(b)(6) deposition must be conducted on **June 29, 2012 beginning at 10:00 a.m.** at a place convenient for the designated witness, Pat Augeri. Defense counsel must provide plaintiff's counsel with a letter (copied to me) no later than **June 8, 2012** designating the place where the deposition will occur.

Plaintiff's motion is denied to the extent it seeks an order compelling defendant to produce at the deposition the documents listed in plaintiff's <u>draft</u> Rule 30(b)(6) notice and document requests. Until the procedures applicable to such requests are properly completed, Fed. R. Civ. P. 30(b)(2), there is nothing to compel.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE